UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JUDAH ROSENWALD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY CLARK CORPORATION,<br><br>Defendant. | Case No. 22-cv-04993-LB<br><br>**JUDGMENT** |

On December 21, 2023, the court granted the defendant's motion to dismiss without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-04993-LB