UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JUDAH ROSENWALD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY CLARK CORPORATION,<br><br>Defendant. | Case No. 22-cv-04993-LB<br><br>**ORDER** |

Following an appeal of this court's dismissal, the Ninth Circuit determined that there is no subject-matter jurisdiction and remanded the case for dismissal without prejudice. The mandate has issued. The case is dismissed without prejudice for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

Dated: October 17, 2025

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 22-cv-04993-LB